8, 1923. Petition for a writ of certiorari herein denied. *Mr. William H. Watkins, Mr. R. L. McLaurin, Mr. William Thompson, Mr. Edward L. Blodgett* and *Mr. Foye M. Murphy,* for plaintiffs in error, in support of the petition. *Mr. Earl N. Floyd,* for defendant in error, in opposition to the petition. [See *ante,* 673, 678.]

No. 347. JAMES C. DAVIS, DIRECTOR GENERAL, ETC. *v.* STANDARD OIL COMPANY OF INDIANA. October 8, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Michigan denied. *Mr. Herbert E. Boynton* for petitioner. *Mr. Reuben Hatch* for respondent.

No. 348. PENNSYLVANIA RAILROAD COMPANY *v.* NETTIE A. CROUSE, ADMINISTRATRIX, ETC. October 8, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Union C. DeFord* for petitioner. No appearance for respondent.

No. 356. W. MEISCHKKE-SMITH ET AL., TRUSTEES, ETC. *v.* JUSTUS S. WARDELL, UNITED STATES COLLECTOR OF INTERNAL REVENUE, ETC., ET AL. October 8, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Allan P. Matthew* and *Mr. Edward J. McCutchen* for petitioners. No brief filed for respondents.

No. 360. UNITED STATES TO THE USE AND BENEFIT OF W. B. YOUNG SUPPLY COMPANY *v.* CHARLES O. STEWART ET AL. October 8, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. I. N. Watson* and *Mr. Henry N. Ess* for petitioner. No appearance for respondents.